IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,                      No. CIV S-06-2062 DFL EFB P

    vs.

D.K. SISTO, Warden,

    Respondent.                  ORDER

_____/

       Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

       A court "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the application that the petitioner is not entitled to relief.

       Accordingly, it is hereby ORDERED that:

       1. Respondent shall file and serve a response to petitioner's application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be

////

1  accompanied by any and all transcripts or other documents relevant to the determination of the
2  issues presented in the application.  *See* Rule 5, Fed. R. Governing § 2254 Cases.
3       2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an
4  answer;
5       3. If the response to petitioner's application is a motion, petitioner's opposition or
6  statement of non-opposition shall be filed and served within 30 days of service of the motion,
7  and respondents' reply, if any, shall be filed within 15 days thereafter.
8       4. The Clerk of the Court shall serve a copy of this order together with a copy of
9  petitioner's September 15, 2006, petition for a writ of habeas corpus pursuant to 28 U.S.C.
10 § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.
11 Dated:   December 12, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE