IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

      Petitioner,                      No. CIV S-06-2062 RRB EFB P

    vs.

D.K. SISTO, Warden,

      Respondent.                 <u>ORDER</u>

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 14, 2008, petitioner filed a request to expedite resolution of his petition.

        The background of this case is relatively straightforward. The matter proceeds on the September 15, 2006, petition. Respondent filed an answer on February 13, 2007, and petitioner filed a reply on March 1, 2007. The matter therefore is submitted for decision. In due course, the court will issue findings and recommendations. However, this court faces a tremendous backlog of habeas petitions. From 2004 through 2007, California prisoners commenced more than 3,500 actions seeking habeas corpus relief from the United States District Court for the Eastern District of California. Thus, while the court is aware that petitioner's application has been submitted for one year, others have been submitted longer. It is the policy of this court to

1 resolve habeas petitions in the order in which they were submitted for decision.  The court is
2 aware of petitioner's case and as long as petitioner keeps the court informed of any change of
3 address, no further action on his part is necessary.
4       Accordingly, petitioner's March 14, 2008, request to expedite is denied.
5       So ordered.
6 Dated:  April 22, 2008.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE