IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,               No. CIV S-06-2062 JAM EFB P

   vs.

D. K. SISTO, Warden, et al.,

    Respondents.          <u>ORDER</u>

_____/

On April 29, 2008, petitioner filed a request for reconsideration of the magistrate judge's order filed April 23, 2008, denying the request to expedite resolution of the petition. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 23, 2008, is affirmed.

DATED: 9/30/2008

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT JUDGE

/