IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Eric Walker, | 2:06-cv-02062-ATG |
| Petitioner, | ORDER VACATING REQUEST TO ALTER JUDGMENT |
| vs. | |
| D.K. Sisto, Warden, | |
| Respondent. | |

On December 3, 2009, this Court denied Petitioner Steven Eric Walker's ("Petitioner") Petition for a Writ of Habeas Corpus. Now before the Court is Petitioner's Request to Alter Judgment. The "some evidence" standard of *Sass v. Cal. Bd. of Prison Terms*, 461 F.3d 1123 (9th Cir. 2006) is the law of the Ninth Circuit unless and until it is overturned. For the reasons set forth in the Court's December 3, 2009 Order, Petitioner's Request to Alter Judgment is DENIED.

Dated: December 22, 2009

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN
United States Circuit Judge
Sitting by designation