IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Eric Walker, | 2:06-cv-02062-ATG |
| Petitioner, | ORDER GRANTING CERTIFICATE OF APPEALABILITY |
| vs. | |
| D.K. Sisto, Warden, | |
| Respondent. | |
| _____/ | |

On January 15, 2010, Petitioner Steven Eric Walker filed a Notice of Appeal. (Docket #28). This notice is deemed to be a Request for a Certificate of Appealability. The Request is GRANTED, limited to the question of the continuing validity of *Sass v. Cal. Bd. of Prison Terms*, 461 F.3d 1123 (9th Cir. 2006).

Dated: January 20, 2010

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN
United States Circuit Judge
Sitting by designation